IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEREMY SWEETEN and CHRISTINE SWEETEN,** | : | **CIVIL ACTION NO. 1:04-CV-2771** |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| **LAYSON'S HOME IMPROVEMENTS, INC.,** | : | |
| Defendant | : | |
| v. | : | |
| **ANN LEFEVRE,** | : | |
| Additional Defendant | : | |

## **O R D E R**

AND NOW, this 17th day of August, 2005, following the initial case management conference and upon agreement of counsel for the parties, it is hereby ORDERED that the parties shall have one hundred twenty (120) days to conduct limited discovery, prior to formal referral of this matter to mediation. Accordingly, the deadline for completion of said limited discovery is **December 14, 2005**.  The court will defer issuance of a mediation referral order until that time.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge