IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEREMY SWEETEN** and **CHRISTINE SWEETEN**, | : CIVIL ACTION NO. 1:04-CV-2771 |
| Plaintiffs | : (Judge Conner) |
| v. | : |
| **LAYSON'S HOME IMPROVEMENT'S, INC.**, et al. | : |
| Defendants | : |

## ORDER

AND NOW, this 16th day of May, 2006, upon consideration of defendant Ann LeFevre's statement of material facts (Doc. 45) in support of her motion for summary judgment, and it appearing that the statement of material facts does not contain citations to parts of the record in support of its averments, see L.R. 56.1 ("Statements of material facts in support of . . . a motion shall include references to the parts of the record that support the statements."), it is hereby ORDERED that:

1. Defendant Ann LeFevre shall file an appropriate statement of material facts in support of her motion for summary judgment on or before May 19, 2006.  See L.R. 56.1.

    a. Each averment of material fact shall include a citation to the part(s) of the record that support the averment and shall comply in all respects with Local Rule 56.1.

    b. Failure to file timely an appropriate statement of material facts in accordance with Local Rule 56.1 will result in defendant's motion for summary judgment (Doc. 34) being deemed withdrawn.

2.  On or before May 23, 2006, plaintiff shall file an opposing statement of material facts in accordance with Local Rule 56.1.


                                                      /s/ Christopher C. Conner
                                                     CHRISTOPHER C. CONNER
                                                     United States District Judge