`       IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEREMY SWEETEN** and | : | CIVIL ACTION NO. 1:04-CV-2771 |
| **CHRISTINE SWEETEN,** | : | |
| **Plaintiffs** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **LAYSON'S HOME** | : | |
| **IMPROVEMENT'S, INC.,** | : | |
| **Defendant** | : | |
| | : | |
| v. | : | |
| | : | |
| **ANN LEFEVRE,** | : | |
| **Third-Party Defendant** | : | |
| | : | |
| v. | : | |
| | : | |
| **GERALD SWEETEN,** | : | |
| **Third-Party Defendant** | : | |

## **ORDER**

AND NOW, this 1st day of February, 2007, upon consideration of the motion (Doc. 89), filed by third-party defendant Gerald Sweeten, requesting that he be excused from attending the pretrial conference in the above-captioned case, and it appearing that Gerald Sweeten remains a necessary party because he has not entered into a settlement agreement with third-party defendant Ann Lefevre, it is hereby ORDERED that the motion (Doc. 89) is DENIED.

                                              S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge