# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEREMY SWEETEN** and **CHRISTINE SWEETEN,** | : : | CIVIL ACTION NO. 1:04-CV-2771 |
| Plaintiffs | : : | (Judge Conner) |
| v. | : : | |
| **LAYSON'S HOME IMPROVEMENTS, INC.,** | : : : | |
| Defendant | : : | |
| v. | : : | |
| **ANN LEFEVRE,** | : : | |
| Third-Party Defendant | : : | |
| v. | : : | |
| **GERALD SWEETEN,** | : : | |
| Third-Party Defendant | : | |

## ORDER

AND NOW, this 13th day of February, 2007, upon consideration of the motion for summary judgment (Doc. 35), filed by third-party defendant Ann Lefevre ("Lefevre"), and of the order of court dated December 12, 2006 (Doc. 77), which provided third-party plaintiff Layson's Home Improvements, Inc. (Layson's) leave to present evidence of record suggesting that Lefevre "had knowledge of a defect in the stairway" prior to plaintiff Jeremy Sweeten's injury (Doc. 77, at 3 n.2), and it appearing that Layson's has failed to present such evidence (see Docs. 80, 81), it is hereby ORDERED that:

1. The motion for summary judgment (Doc. 35), filed by Lefevre, is GRANTED with respect to Lefevre's claim that Layson's has failed to proffer evidence that she had knowledge of a defect in the stairway.

2. The Clerk of Court will be directed to enter final judgment in favor of third-party defendant Lefevre and against third-party plaintiff Layson's as to all counts of the third party complaint against Lefevre (Doc. 11). See FED. R. CIV. P. 14(a).

3. The Clerk of Court will be directed to enter final judgment in favor of third-party defendant Gerald Sweeten and against third-party plaintiff Lefevre as to all counts of the third party complaint against Gerald Sweeten (Doc. 21). See FED. R. CIV. P. 14(a).

4. The Clerk of Court is directed to defer the entry of final judgment until the conclusion of this case.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge