` IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEREMY SWEETEN** and **CHRISTINE SWEETEN,** | : : | CIVIL ACTION NO. 1:04-CV-2771 |
| Plaintiffs | : : | (Judge Conner) |
| v. | : : | |
| **LAYSON'S HOME IMPROVEMENT'S, INC.,** | : : | |
| Defendant | : : | |
| v. | : : | |
| **ANN LEFEVRE,** | : | |
| Third-Party Defendant | : : | |
| v. | : : | |
| **GERALD SWEETEN,** | : | |
| Third-Party Defendant | : | |

## ORDER

AND NOW, this 21st day of February, 2007, upon consideration of the motions (Docs. 94, 95, 96), filed by third-party defendant Gerald Sweeten, requesting that he be excused from attending the pretrial conference and trial in the above-captioned case, and it appearing that Gerald Sweeten is no longer a party to the above-captioned case (see Doc. 93), it is hereby ORDERED that the motions (Docs. 94, 95, 96) are GRANTED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge